THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM DAMBROSIO, Relator, v. J. F. MCNEILL, Superintendent of the Institution for Male Defective Delinquents, Napanoch, N. Y., Respondent. THE PEOPLE OF THE STATE OF NEW

York, Appellant.— Motion to dispense with printing brief and to submit typewritten brief. Motion granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.